■ In the Matter of MICHAEL P., Appellant. BARRY PERLMAN, Respondent. [16 NYS3d 464]—In a proceeding pursuant to Mental Hygiene Law §§ 9.35 and 9.60 (m) for the involuntary assisted outpatient treatment of Michael P., Michael P. appeals from an

order of the Supreme Court, Westchester County (Murphy, J.), dated March 15, 2013, which, after a hearing, granted the petition, and directed him to comply with an assisted outpatient treatment plan for a period of six months.

By order to show cause dated January 9, 2014, this Court, inter alia, directed the parties to show cause before this Court why an order should or should not be made and entered dismissing the appeal from the order on the ground that the appeal has been rendered academic. By decision and order on motion dated March 3, 2014, this Court held the motion to dismiss the appeal in abeyance, and referred it to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.

Upon the order to show cause and the papers filed in response thereto, and upon the argument of the appeal, it is

Ordered that the motion to dismiss the appeal is granted; and it is further,

Ordered that the appeal is dismissed, without costs or disbursements.

The order at issue on the instant appeal has expired by its own terms. The appeal has been rendered academic, and does not warrant the invocation of an exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 713-716 [1980]; *Matter of Anonymous [South Beach Psychiatric Ctr.]*, 114 AD3d 675, 676 [2014]; *Matter of Yuri M. [Karpati]*, 107 AD3d 999, 1000 [2013]; *cf. Matter of Walsh-Tozer v Luis G.*, 118 AD3d 897 [2014]). Accordingly, the appeal must be dismissed as academic. Rivera, J.P., Chambers, Miller and Duffy, JJ., concur.